| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **T & C Downtown Development, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-0716732** |
| **4.** | **Debtor's address** | **Principal place of business**  **534 W. Church Street**  **Orlando, FL 32805**  Number, Street, City, State & ZIP Code  **Orange**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **532 W. Church Street Orlando, FL 32805**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.534scractchkitchen.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   **T & C Downtown Development, LLC**   Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| District | **Middle District of Florida** | When | **8/16/20** | Case number | **6:20-bk-04605** |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **T & C Downtown Development, LLC**                                        Case number (*if known*)
       <sub>Name</sub>

Debtor  **T & C Downtown Development, LLC**              Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **T & C Downtown Development, LLC**   Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 22, 2020**
              MM / DD / YYYY

X **/s/ Timothy Green**                                **Timothy Green**
Signature of authorized representative of debtor        Printed name

Title   **Trustee of KAAG Trust - Manager**

**18. Signature of attorney**

X **/s/ Aldo G. Bartolone**                            Date **November 22, 2020**
Signature of attorney for debtor                             MM / DD / YYYY

**Aldo G. Bartolone 173134**
Printed name

**Bartolone Law, PLLC**
Firm name

**1030 N. Orange Avenue**
**Suite 300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 294-4440**      Email address  **aldo@bartolonelaw.com**

**173134 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **T & C Downtown Development, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| BB&T now Truist Attn: Ivonne Otero-Hoebbel 255 S. Orange Avenue Suite 112 Orlando, FL 32801 | | Credit Card | | | | $10,029.40 |
| C2 General Contracting, Inc. 1205 Sarah Avenue Suite 101 Longwood, FL 32750 | | Construction labor and services | | | | $5,000.00 |
| Casey Preston 7107 Udine Avenue Orlando, FL 32819 | | Business Partner Dispute | Contingent Unliquidated Disputed | | | $0.00 |
| Clayton G Wilson as Trustee Clayton Wilson Rev. Trust 21299 US Highway 27 Lake Wales, FL 33859 | | 532 W. Church Street Orlando, FL 32805 a/k/a 534 W. Church Street and 536 W. Church Street *6055 square feet - zoned for commercial/retail use | | $1,842,792.16 | $837,917.00 | $1,004,875.16 |
| Entelechy ARC Corporation 595 Pensacola Lane Lake Mary, FL 32746 | | Labor and/or services | | | | $10,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **T & C Downtown Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Dept. of Revenue**<br>**Orlando Service Center**<br>**400 W. Robinson Street**<br>**Suite N302**<br>**Orlando, FL 32801** | | **Sales and Use Tax** | | | | $3,182.56 |
| **Orange County Tax Collector**<br>**P.O. Box 545100**<br>**Orlando, FL 32854** | | **532 W. Church Street**<br>**Orlando, FL 32805**<br>**a/k/a 534 W. Church Street and 536 W. Church Street**<br>**\*6055 square feet - zoned for commercial/retail use** | | $17,872.50 | $837,917.00 | $17,872.50 |
| **Orange County Tax Collector**<br>**P.O. Box 545100**<br>**Orlando, FL 32854-5100** | | **532 W. Church Street**<br>**Orlando, FL 32805**<br>**a/k/a 534 W. Church Street and 536 W. Church Street**<br>**\*6055 square feet - zoned for commercial/retail use** | | $17,784.72 | $837,917.00 | $17,784.72 |
| **Pawnee Leasing Corporation**<br>**3801 Automation Way**<br>**Suite 207**<br>**Fort Collins, CO 80525** | | **Breach of Lease** | **Unliquidated**<br>**Disputed** | | | $60,868.76 |
| **Randy Bumbalough**<br>**595 Pensacola Lane**<br>**Lake Mary, FL 32746** | | **Loan** | | | | $30,000.00 |
| **Rexel USA, Inc.**<br>**14951 Dallas Parkway**<br>**Dallas, TX 75254** | | **Labor and/or services** | | | | $20,000.00 |

Debtor **T & C Downtown Development, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Trevor Myers**<br>**86 Shipyard Ct.**<br>**Ocoee, FL 34761** | | **532 W. Church Street**<br>**Orlando, FL 32805**<br><br>**a/k/a 534 W. Church Street and 536 W. Church Street**<br><br>**\*6055 square feet - zoned for commercial/retail use** | | **$650,000.00** | **$837,917.00** | **$650,000.00** |
| **Vend Lease**<br>**8100 Sandpiper Circle**<br>**Suite 300**<br>**Baltimore, MD 21236** | | **Loan** | | | | $12,019.85 |
| **Vend Lease**<br>**8100 Sandpiper Circle**<br>**Suite 300**<br>**Baltimore, MD 21236** | | **Loan** | | | | $2,811.42 |

T & C Downtown Development, LLC
534 W. Church Street
Orlando, FL 32805

Florida Dept. of Revenue
Orlando Service Center
400 W. Robinson Street
Suite N302
Orlando, FL 32801

Trevor Myers
86 Shipyard Ct.
Ocoee, FL 34761

Aldo G. Bartolone
Bartolone Law, PLLC
1030 N. Orange Avenue
Suite 300
Orlando, FL 32801

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854-5100

Vend Lease
8100 Sandpiper Circle
Suite 300
Baltimore, MD 21236

BB&T now Truist
Attn: Ivonne Otero-Hoebbel
255 S. Orange Avenue
Suite 112
Orlando, FL 32801

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854

BB&T now Truist
P.O. Box 580340
Charlotte, NC 28258-0340

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

BB&T now Truist
P.O. Box 200
Wilson, NC 27893

Peterson & Myers P.A.
225 East Lemon Street
Suite 300
Lakeland, FL 33801

C2 General Contracting, Inc.
1205 Sarah Avenue
Suite 101
Longwood, FL 32750

Randy Bumbalough
595 Pensacola Lane
Lake Mary, FL 32746

Casey Preston
7107 Udine Avenue
Orlando, FL 32819

Rexel USA, Inc.
14951 Dallas Parkway
Dallas, TX 75254

Clayton G Wilson as Trustee
Clayton Wilson Rev. Trust
21299 US Highway 27
Lake Wales, FL 33859

Smith & Williams Trial Group
2295 S. Hiawassee Road
Suite 318
Orlando, FL 32835

Entelechy ARC Corporation
595 Pensacola Lane
Lake Mary, FL 32746

Solove Law Firm P.A.
12002 SW 128th Court
Suite 201
Miami, FL 33186

# United States Bankruptcy Court
## Middle District of Florida

In re: **T & C Downtown Development, LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **T & C Downtown Development, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2020**
Date

**/s/ Aldo G. Bartolone**
**Aldo G. Bartolone 173134**
Signature of Attorney or Litigant
Counsel for **T & C Downtown Development, LLC**
**Bartolone Law, PLLC**
**1030 N. Orange Avenue**
**Suite 300**
**Orlando, FL 32801**
**(407) 294-4440 Fax:(407) 287-5544**
**aldo@bartolonelaw.com**