[Dntcdfnc] [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:	Case No. 6:20−bk−06461−LVV
	Chapter 11

T & C Downtown Development, LLC

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On November 22, 2020 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Due to the impact of the Coronavirus, at this time the filing windows at the Courthouses are CLOSED. Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Orlando cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−orlando@flmb.uscourts.gov
(Fax) 904−301−6494
U.S. Bankruptcy Court
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

   A fully completed Summary of Your Assets and Liabilities, Schedules A,B,D,E,F,G,H and Declaration Under Penalty of Perjury were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

   The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for the Debtor is directed to file an Attorney's

Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for the Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

The Case Management Summary has not been filed or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011–4. Pursuant to Local Rule 2081–1(b), the chapter 11 Debtor is directed to file a signed Case Management Summary within the earlier of three business days following the petition date or the date the Debtor–in–Possession filed a motion requesting affirmative relief.

Pursuant to 11 U.S.C. 1116(1), the following documents are required and have not been filed: the most recent balance sheet, statement of operations, cash–flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash–flow statement has been prepared and no Federal tax return has been filed. The Debtor is directed to file these documents within seven days from the date the petition was filed.

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: November 23, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.