UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    )          Case No. 6:20-bk-6461-LVV
                                                          )
T & C Downtown Development, LLC,      )          Chapter 11
                                                          )
            Debtor.                                   )
_____ )

### DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF INTENTIONS AND OTHER REQUIRED DOCUMENTS

The Debtor, T & C Downtown Development, LLC by and through undersigned counsel, hereby moves this court for an Order extending the time for filing the Schedules, Statement of Financial Affairs, Statement of Intensions and other Required Documents, to a date twenty five (25) days from the date Debtor filed its Petition, and in support thereof, further states as follows:

1.      The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on November 22, 2020 (the "Petition Date").

2.      The Debtor needs additional time to compile all documents required to file the Schedules, Statement of Financial Affairs, and other Required Documents.

3.      The additional time requested will extend the due date for Schedules, Statement of Financial Affairs, Statement of Intentions and Other Required Documents to December 17, 2020.

WHEREFORE, the Debtor, T & C Downtown Development, LLC respectfully requests this Honorable Court enter an Order extending the time for filing the Schedules, Statement of Financial Affairs, and other Required Documents to December 17, 2020, and granting any such further relief that this Court deems just and proper.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF or United

States Mail, first class and postage prepaid, to all Parties-In-Interest listed on the attached Mailing

Matrix this 4th day of December, 2020.

                                    */s/ Aldo G. Bartolone, Jr.*
                                    ALDO G. BARTOLONE, JR.
                                    Florida Bar No. 173134
                                    BARTOLONE LAW, PLLC
                                    1030 N. Orange Ave., Suite 300
                                    Orlando, Florida 32801
                                    Telephone: (407) 294-4440
                                    Facsimile: (407) 287-5544
                                    E-mail: aldo@bartolonelaw.com
                                    Attorney for Debtor

Label Matrix for local noticing
113A-6
Case 6:20-bk-06461-LVV
Middle District of Florida
Orlando
Fri Dec  4 10:59:28 EST 2020

Clayton G. Wilson as Trustee of the Clayton
c/o Matthew J. Vaughn
Post Office Box 24628
Lakeland, FL 33802-4628

T & C Downtown Development, LLC
534 W. Church Street
Orlando, FL 32805-2206

BB&T now Truist
Attn: Ivonne Otero-Hoebbel
255 S. Orange Avenue
Suite 112
Orlando, FL 32801-3457

BB&T now Truist
P.O. Box 200
Wilson, NC 27894-0200

BB&T now Truist
P.O. Box 580340
Charlotte, NC 28258-0340

C2 General Contracting, Inc.
1205 Sarah Avenue
Suite 101
Longwood, FL 32750-5476

Casey Preston
7107 Udine Avenue
Orlando, FL 32819-8446

Clayton G Wilson as Trustee
Clayton Wilson Rev. Trust
21299 US Highway 27
Lake Wales, FL 33859-6851

Clayton G. Wilson, as Trustee of The Clayton
c/o Matthew J. Vaughn, esq
Post Office Box 24628
Lakeland, FL  33802-4628

Clayton G. Wilson, as Trustee of the Clayton
c/o Matthew J. Vaughn
Post Office Box 24628
Lakeland, Florida 33802-4628

Entelechy ARC Corporation
595 Pensacola Lane
Lake Mary, FL 32746-5132

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
Orlando Service Center
400 W. Robinson Street
Suite N302
Orlando, FL 32801-1759

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Nancy J. Gargula, United States Trustee
c/o Bryan Edgar Buenaventura, esq
George C. Young Federal Building400 W. W
Orlando, FL 32801

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

Peterson & Myers P.A.
225 East Lemon Street
Suite 300
Lakeland, FL 33801-4627

Randy Bumbalough
595 Pensacola Lane
Lake Mary, FL 32746-5132

Rexel USA, Inc.
14951 Dallas Parkway
Dallas, TX 75254-7892

Smith & Williams Trial Group
2295 S. Hiawassee Road
Suite 318
Orlando, FL 32835-8747

Solove Law Firm P.A.
12002 SW 128th Court
Suite 201
Miami, FL 33186-4643

Trevor Myers
86 Shipyard Ct.
Ocoee, FL 34761-4323

United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Vend Lease
8100 Sandpiper Circle
Suite 300
Baltimore, MD 21236-4992

Aldo G Bartolone Jr
Bartolone Law, PLLC
1030 North Orange Avenue, Suite 300
Orlando, FL 32801-1004

L. Todd Budgen
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                  29 |