UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:20-bk-6461-LVV |
| | ) | |
| T & C Downtown Development, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**STATEMENT OF ALDO G. BARTOLONE, JR. AND BARTOLONE LAW, PLLC PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

ALDO G. BARTOLONE, JR. and the law firm of BARTOLONE LAW, PLLC ("Law Firm"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), state as follows:

1. Law Firm has represented the Debtor since on or about October 14, 2020 in connection with workout issues, the preparation and filing of the voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code"), and preparation of related initial pleadings in this case.

2. Prior to the commencement of this case, the Debtor paid an advance fee of $12,795.50 for post-petition services and expenses in connection with this case.

3. The Debtor has paid Law Firm $3,704.50 on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of the petition for reorganization under Chapter 11 of the Code, all related initial pleadings filed in this case, and preparation expenses in this case, including the filing fee for the voluntary petition.

4. Law Firm has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Law Firm.

DATED AND EXECUTED this 4th day of December, 2020.

_____
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 294-4440
Facsimile: (407) 287-5544
E-mail: aldo@bartolonelaw.com
*Proposed Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to all parties-in-interest listed on the attached Mailing Matrix, this 4th day of December, 2020.

___*/s/ Aldo G. Bartolone, Jr.*_____
ALDO G. BARTOLONE, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-06461-LVV<br>Middle District of Florida<br>Orlando<br>Fri Dec  4 12:10:17 EST 2020 | Clayton G. Wilson as Trustee of the Clayton<br>c/o Matthew J. Vaughn<br>Post Office Box 24628<br>Lakeland, FL 33802-4628 | T & C Downtown Development, LLC<br>534 W. Church Street<br>Orlando, FL 32805-2206 |
| BB&T now Truist<br>Attn: Ivonne Otero-Hoebbel<br>255 S. Orange Avenue<br>Suite 112<br>Orlando, FL 32801-3457 | BB&T now Truist<br>P.O. Box 200<br>Wilson, NC 27894-0200 | BB&T now Truist<br>P.O. Box 580340<br>Charlotte, NC 28258-0340 |
| C2 General Contracting, Inc.<br>1205 Sarah Avenue<br>Suite 101<br>Longwood, FL 32750-5476 | Casey Preston<br>7107 Udine Avenue<br>Orlando, FL 32819-8446 | Clayton G Wilson as Trustee<br>Clayton Wilson Rev. Trust<br>21299 US Highway 27<br>Lake Wales, FL 33859-6851 |
| Clayton G. Wilson, as Trustee of The Clayton<br>c/o Matthew J. Vaughn, esq<br>Post Office Box 24628<br>Lakeland, FL  33802-4628 | Clayton G. Wilson, as Trustee of the Clayton<br>c/o Matthew J. Vaughn<br>Post Office Box 24628<br>Lakeland, Florida 33802-4628 | Entelechy ARC Corporation<br>595 Pensacola Lane<br>Lake Mary, FL 32746-5132 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept. of Revenue<br>Orlando Service Center<br>400 W. Robinson Street<br>Suite N302<br>Orlando, FL 32801-1759 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Nancy J. Gargula, United States Trustee<br>c/o Bryan Edgar Buenaventura, esq<br>George C. Young Federal Building400 W. W<br>Orlando, FL 32801 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 |
| Peterson & Myers P.A.<br>225 East Lemon Street<br>Suite 300<br>Lakeland, FL 33801-4627 | Randy Bumbalough<br>595 Pensacola Lane<br>Lake Mary, FL 32746-5132 | Rexel USA, Inc.<br>14951 Dallas Parkway<br>Dallas, TX 75254-7892 |
| Smith & Williams Trial Group<br>2295 S. Hiawassee Road<br>Suite 318<br>Orlando, FL 32835-8747 | Solove Law Firm P.A.<br>12002 SW 128th Court<br>Suite 201<br>Miami, FL 33186-4643 | Trevor Myers<br>86 Shipyard Ct.<br>Ocoee, FL 34761-4323 |
| United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Vend Lease<br>8100 Sandpiper Circle<br>Suite 300<br>Baltimore, MD 21236-4992 | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**Pawnee Leasing Corporation**
3801 Automation Way
Suite 207
Fort Collins, CO 80525

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                  29 |