**Fill in this information to identify the case:**

Debtor name    **T & C Downtown Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-06461**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2020**    X **/s/ Timothy Green**
                                          Signature of individual signing on behalf of debtor

                                          **Timothy Green**
                                          Printed name

                                          **Trustee of KAAG Trust - Manager**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**T & C Downtown Development, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**6:20-bk-06461**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ ___837,917.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ ___169,444.78___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ ___1,007,361.78___

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___2,528,449.38___

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ___3,182.56___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ ___150,729.43___

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

    $ ___2,682,361.37___

| Fill in this information to identify the case: |
|---|

Debtor name    **T & C Downtown Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-06461**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust Bank** | **Checking Account** | **7230** | $760.30 |
| 3.2. | **Suntrust Bank** | **Checking Account** | **7248** | $109.48 |
| 3.3. | **Suntrust Bank** | **Checking Account** | **7255** | $0.00 |
| 3.4. | **Suntrust Bank** | **Checking Account** | **7263** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$869.78**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **T & C Downtown Development, LLC** | Case number *(If known)* **6:20-bk-06461** |
|---|---|---|
| | Name | |

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____    _____

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____    _____

**9.    Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.    _____

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less: _____  -  _____  = ....    _____
                         face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____  -  _____  =....    _____
                       face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    _____

**Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    _____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership

15.1. _____    _____ %    _____    _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **T & C Downtown Development, LLC**                    Case number *(If known)*  **6:20-bk-06461**
          Name

Name of entity:                                            % of ownership

---

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____          _____          _____

---

17.    **Total of Part 4.**                                                          ┌────────────────┐
       Add lines 14 through 16.  Copy the total to line 83.                          │                │
                                                                                     └────────────────┘

**Part 5:**       **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| | | | | |
| **20.    Work in progress** | | | | |
| | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| | | | | |
| **22.    Other inventory or supplies** | | | | |
| | | | | |

23.    **Total of Part 5.**                                                          ┌────────────────┐
       Add lines 19 through 22.  Copy the total to line 84.                          │                │
                                                                                     └────────────────┘

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  3

Debtor    **T & C Downtown Development, LLC**                                    Case number *(If known)*  **6:20-bk-06461**
　　　　　　　Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops–either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.    **Other farming and fishing-related property not already listed in Part 6** | | | |

33.    **Total of Part 6.**
　　　Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
　　　☐ No
　　　☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　　　　　☐ No
　　　　　　☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
　　　☐ No
　　　☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
　　　☐ No
　　　☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
　　　☐ No
　　　☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **T & C Downtown Development, LLC**                Case number *(if known)*  **6:20-bk-06461**
        Name

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **6 Low top tables ($5,000)** **18 Leather high chairs ($6,000)** **10 Wooden high hairs ($3,000)** **28 low chairs($2,000)** **5 Leather booths ($50,000)** **11 Seater tables ($4.175)** **17 high chairs ($3,400)** **13 dining chairs ($1,300)** **1 host stand ($2,000)** | **$0.00** | | **$76,875.00** |
| 40. | **Office fixtures** **5 Two door coolers ($8,500.00)** **1 Kegerator ($1,900.00)** **1 Reach in freeer ($1,100.00)** **12 TV's ($6,000.00)** **1 Projector ($500.00)** **1 Projector screen ($200.00)** **3 Hand sinks (300.00)** **1 Bookshelf door ($3,000)** | **$0.00** | | **$21,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **2 Printers, $350.00** **2 Labtops, $350.00** **Lights and Music; speakers ($70,000)** | **$0.00** | | **$70,700.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                        | **$168,575.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **T & C Downtown Development, LLC**                     Case number *(If known)*  **6:20-bk-06461**
_____Name_____

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.   _____   _____   _____   _____

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

48.1.   _____   _____   _____   _____

49.   **Aircraft and accessories**

49.1..   _____   _____   _____   _____

50.   **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

       _____   _____   _____   _____

51.   **Total of Part 8.**                                                        [_____]

       Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **T & C Downtown Development, LLC**
_____    Case number *(If known)* **6:20-bk-06461**
Name

55.1.    **532 W. Church Street**
**Orlando, FL 32805**

**a/k/a 534 W. Church**
**Street and 536 W.**
**Church Street**

| **\*6055 square feet -** | | | | |
|---|---|---|---|---|
| **zoned for** | | | | |
| **commercial/retail use** | Fee simple | Unknown | Tax records | $837,917.00 |

56.    **Total of Part 9.**                                                                                   | $837,917.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| **Liquor License** | Unknown | | Unknown |
| **Food License** | $0.00 | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                  | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **T & C Downtown Development, LLC** | | Case number *(If known)* | **6:20-bk-06461** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>All other assets</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

_____   _____ - _____ = _____
                          Total face amount   doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

_____                    Tax year _____   _____

73.   **Interests in insurance policies or annuities**

_____                                           _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **Nature of claim**      _____
      **Amount requested**     _____                _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

      **Nature of claim**      _____
      **Amount requested**     _____                _____

76.   **Trusts, equitable or future interests in property**

_____                                           _____

---

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 8

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **T & C Downtown Development, LLC**                     Case number *(If known)*  **6:20-bk-06461**
          Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

Debtor    **T & C Downtown Development, LLC**
       Name

Case number *(If known)*  **6:20-bk-06461**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $869.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $168,575.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $837,917.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $169,444.78 | + 91b. $837,917.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,007,361.78 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __T & C Downtown Development, LLC__

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    __6:20-bk-06461__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1 Clayton G Wilson as Trustee**<br>Creditor's Name<br><br><br>**Clayton Wilson Rev. Trust**<br>**21299 US Highway 27**<br>**Lake Wales, FL 33859**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Clayton G Wilson as Trustee**<br>**2. Orange County Tax Collector**<br>**3. Orange County Tax Collector**<br>**4. Trevor Myers** | **Describe debtor's property that is subject to a lien**<br>**532 W. Church Street**<br>**Orlando, FL 32805**<br><br>**a/k/a 534 W. Church Street and 536 W. Church Street**<br><br>**\*6055 square feet - zoned for commercial/retail use**<br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,842,792.16 | $837,917.00 |
| **2.2 Orange County Tax Collector** | **Describe debtor's property that is subject to a lien** | $17,784.72 | $837,917.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **T & C Downtown Development, LLC**
_____
Name

Case number (if known)  **6:20-bk-06461**
_____

| | |
|---|---|
| Creditor's Name | **532 W. Church Street**<br>**Orlando, FL 32805**<br><br>**a/k/a 534 W. Church Street and 536 W. Church**<br>**Street** |
| **P.O. Box 545100**<br>**Orlando, FL 32854-5100** | **\*6055 square feet - zoned for**<br>**commercial/retail use** |
| Creditor's mailing address | Describe the lien<br>**Property Taxes** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| | ■ No |
| Date debt was incurred<br>**2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number<br>**9697** | |
| Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| | | | |
|---|---|---|---|
| 2.3 | **Orange County Tax**<br>**Collector** | Describe debtor's property that is subject to a lien | $17,872.50   $837,917.00 |
| | Creditor's Name | **532 W. Church Street**<br>**Orlando, FL 32805**<br><br>**a/k/a 534 W. Church Street and 536 W. Church**<br>**Street** | |
| | **P.O. Box 545100**<br>**Orlando, FL 32854** | **\*6055 square feet - zoned for**<br>**commercial/retail use** | |
| | Creditor's mailing address | Describe the lien<br>**Property Taxes** | |
| | | Is the creditor an insider or related party? | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | | ■ No | |
| | Date debt was incurred<br>**2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | Last 4 digits of account number<br>**9697** | | |
| | Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | |
| | ☐ No | ☐ Contingent | |
| | ■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Specified on line 2.1** | | |

---

| | | | |
|---|---|---|---|
| 2.4 | **Trevor Myers** | Describe debtor's property that is subject to a lien | $650,000.00   $837,917.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | T & C Downtown Development, LLC | Case number (if known) | 6:20-bk-06461 |
|---|---|---|---|
| | Name | | |

| Creditor's Name | 532 W. Church Street<br>Orlando, FL 32805 |
|---|---|
| | a/k/a 534 W. Church Street and 536 W. Church Street |
| **86 Shipyard Ct.**<br>**Ocoee, FL 34761** | ***6055 square feet - zoned for commercial/retail use** |
| Creditor's mailing address | Describe the lien<br>**Second Mortgage** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,528,449.38 |

<div style="background:black;color:white;display:inline">Part 2:</div> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Peterson & Myers P.A.**<br>**225 East Lemon Street**<br>**Suite 300**<br>**Lakeland, FL 33801** | Line  **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **T & C Downtown Development, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:20-bk-06461**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | | |
| | **Florida Dept. of Revenue** | | |
| | **Orlando Service Center** | | |
| | **400 W. Robinson Street** | | |
| | **Suite N302** | | |
| | **Orlando, FL 32801** | | |

2.1  Priority creditor's name and mailing address
**Florida Dept. of Revenue**
**Orlando Service Center**
**400 W. Robinson Street**
**Suite N302**
**Orlando, FL 32801**

Date or dates debt was incurred
**2020**

Last 4 digits of account number **4954**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales and Use Tax**

Is the claim subject to offset?
■ No
☐ Yes

Total claim  **$3,182.56**
Priority amount  **$3,182.56**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1  Nonpriority creditor's name and mailing address
**BB&T now Truist**
**Attn: Ivonne Otero-Hoebbel**
**255 S. Orange Avenue**
**Suite 112**
**Orlando, FL 32801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,029.40**

3.2  Nonpriority creditor's name and mailing address
**C2 General Contracting, Inc.**
**1205 Sarah Avenue**
**Suite 101**
**Longwood, FL 32750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction labor and services**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,000.00**

| Debtor | **T & C Downtown Development, LLC** | Case number (if known) | **6:20-bk-06461** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Preston**
**7107 Udine Avenue**
**Orlando, FL 32819**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Partner Dispute__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Entelechy ARC Corporation**
**595 Pensacola Lane**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Labor and/or services__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,868.76** |
|---|---|---|---|

**Pawnee Leasing Corporation**
**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Breach of Lease__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Randy Bumbalough**
**595 Pensacola Lane**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Loan__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Rexel USA, Inc.**
**14951 Dallas Parkway**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Labor and/or services__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,019.85** |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Circle**
**Suite 300**
**Baltimore, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2/12/2020__

**Last 4 digits of account number** __9001__

**Basis for the claim:** __Loan__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,811.42** |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Circle**
**Suite 300**
**Baltimore, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2/12/2020__

**Last 4 digits of account number** __9002__

**Basis for the claim:** __Loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **T & C Downtown Development, LLC** | Case number (if known) | **6:20-bk-06461** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BB&T now Truist**<br>**P.O. Box 580340**<br>**Charlotte, NC 28258-0340** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BB&T now Truist**<br>**P.O. Box 200**<br>**Wilson, NC 27893** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Smith & Williams Trial Group**<br>**2295 S. Hiawassee Road**<br>**Suite 318**<br>**Orlando, FL 32835** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Solove Law Firm P.A.**<br>**12002 SW 128th Court**<br>**Suite 201**<br>**Miami, FL 33186** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,182.56 |
| 5b. Total claims from Part 2 | 5b. + | $ | 150,729.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 153,911.99 |

**Fill in this information to identify the case:**

Debtor name     **T & C Downtown Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-06461**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Term of Lease, January 1, 2020 through December 31, 2029 Monthly Rental $13,016.67**<br><br>**District 534 From Scratch Kitchen, LLC 534 West Church Street Orlando, FL 32805** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Kitchen Equipment**<br><br>**Vend Lease 8100 Sandpiper Circle Suite 300 Baltimore, MD 21236** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Bar Equipment**<br><br>**Vend Lease 8100 Sandpiper Circle Suite 300 Baltimore, MD 21236** |

| Fill in this information to identify the case: |
| --- |

Debtor name **T & C Downtown Development, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-06461**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **T & C Downtown Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-06461**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br><br>☐ Other _____ | $800,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

| Debtor | **T & C Downtown Development, LLC** | Case number *(if known)*  **6:20-bk-06461** |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trust v. T&C Downtown Development LLC**<br>**2020-CA-000685-O** | **Commercial Mortgage Foreclosure** | **Circuit Court, Orange County, Florida**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Casey Preston v. T&C Downtown Development, LLC, et al.**<br>**2019-CA-013932-O** | **Business Dispute** | **Circuit Court, Orange County, Florida**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **T & C Downtown Development, LLC**                                    Case number *(if known)* **6:20-bk-06461**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Bartolone Law, PLLC**<br>**1030 N. Orange Avenue**<br>**Suite 300**<br>**Orlando, FL 32801** | **General Attorney's Fee Retainer** | **November 20, 2020** | **$16,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **T & C Downtown Development, LLC**                                    Case number *(if known)*    **6:20-bk-06461**

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Synovus**<br>**130 S. Park Avenue**<br>**Apopka, FL 32703** | **XXXX-5797** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 22, 2020** | **Unknown** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | T & C Downtown Development, LLC | Case number *(if known)* | 6:20-bk-06461 |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **T & C Downtown Development, LLC** | Case number *(if known)* **6:20-bk-06461** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **Timothy Green**<br>         **534 W. Green Street**<br>         **Orlando, FL 32805** | **Two years to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.     **Timothy Green**<br>         **534 W. Church Street**<br>         **Orlando, FL 32805** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eugene Aristil** | **534 W. Church Street**<br>**Orlando, FL 32805** | | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KAAG FL Trust** | **534 W. Church Street**<br>**Orlando, FL 32805** | | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mitchell Molyneaux** | **534 W. Church Street**<br>**Orlando, FL 32805** | | **10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Night Shade Cigar Company** | **536 W. Church Street**<br>**Orlando, FL 32805** | | **2%** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **T & C Downtown Development, LLC**                                     Case number *(if known)*    **6:20-bk-06461**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Kelly | 534 W. Church Street<br>Orlando, FL 32805 | | 35% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2020**

**/s/ Timothy Green**                                            **Timothy Green**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Trustee of KAAG Trust - Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **T & C Downtown Development, LLC**                                     Case No.   **6:20-bk-06461**
                                        Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Eugene Aristil**<br>**534 W. Church Street**<br>**Orlando, FL 32805** | | **2.5%** | |
| **KAAG FL Trust**<br>**534 W. Church Street**<br>**Orlando, FL 32804** | | **19%** | |
| **KAAG Trust**<br>**534 W. Church Street**<br>**Orlando, FL 32805** | | **51%** | |
| **Mitchell Molyneaux**<br>**534 W. Church Street**<br>**Orlando, FL 32805** | | **2.5%** | |
| **Night Shade Cigar Company**<br>**536 W. Church Street**<br>**Orlando, FL 32805** | | **5%** | |
| **Robert Kelly**<br>**534 W. Church Street**<br>**Orlando, FL 32805** | | **20%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Trustee of KAAG Trust - Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 17, 2020**                          Signature   **/s/ Timothy Green**
                                                                  **Timothy Green**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **T & C Downtown Development, LLC**        Case No.   **6:20-bk-06461**
                                       Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of KAAG Trust - Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 17, 2020**                    **/s/ Timothy Green**
                                             **Timothy Green/Trustee of KAAG Trust - Manager**
                                             Signer/Title