UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:20-bk-6461-LVV |
| | ) | |
| T & C Downtown Development, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**MOTION FOR ORDER OF REFERRAL TO MEDIATION
WITH CLAYTON G. WILSON AS TRUSTEE OF THE CLAYTON GREGG
WILSON REVOCABLE TRUST**

The Debtor, T & C Downtown Development, LLC ("Debtor"), by and through its undersigned counsel, hereby files this Motion for Order of Referral to Mediation with Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trust, and in support thereof further states as follows:

1. The Debtor owns a commercial building located at 532 W. Church Street, Orlando, Florida 32805 (the "Property").

2. The Property is encumbered by a first mortgage held by Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trust ("Wilson"). The principal balance of the mortgage as of the Petition Date was approximately $1,842,792.16.

3. The Debtor seeks to modify the terms of the mortgage with Wilson.

4. In order to facilitate successful negotiations with Wilson, the Debtor requests that the Court order the parties to attend mediation within 30 days.

5. The Debtor believes that a mediation will assist the parties in reaching a consensual plan.

1

WHEREFORE, the Debtor respectfully requests this Honorable Court enter an Order: (i) directing the Debtor and Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trust to attend mediation; (ii) that the mediation occur within 30 days from the date of the Order; and (iii) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF or United States Mail, first class and postage prepaid, on all Parties-In-Interest listed on the attached Mailing Matrix, this 6th day of January, 2021.

                                                                                                                                                                     __*/s/ Aldo G. Bartolone, Jr.*_____
                                                                    ALDO G. BARTOLONE, JR.
                                                                    Florida Bar No. 173134
                                                                   BARTOLONE LAW, PLLC
                                                                   1030 N. Orange Ave., Suite 300
                                                                   Orlando, Florida 32801
                                                                   Telephone: (407) 294-4440
                                                                   Facsimile: (407) 287-5544
                                                                   E-mail: aldo@bartolonelaw.com
                                                                   Attorneys for Debtor

```
Label Matrix for local noticing            Clayton G. Wilson as Trustee of the Clayton    T & C Downtown Development, LLC
113A-6                                     c/o Matthew J. Vaughn                          534 W. Church Street
Case 6:20-bk-06461-LVV                     Post Office Box 24628                          Orlando, FL 32805-2206
Middle District of Florida                 Lakeland, FL 33802-4628
Orlando
Wed Jan  6 15:20:12 EST 2021

BB&T now Truist                            BB&T now Truist                                BB&T now Truist
Attn: Ivonne Otero-Hoebbel                 P.O. Box 200                                   P.O. Box 580340
255 S. Orange Avenue                       Wilson, NC 27894-0200                          Charlotte, NC 28258-0340
Suite 112
Orlando, FL 32801-3457

BB&T now Truist, Bankruptcy Section        C2 General Contracting, Inc.                   Casey Preston
100-50-01-51                               1205 Sarah Avenue                              7107 Udine Avenue
P.O. box 1847                              Suite 101                                      Orlando, FL 32819-8446
Wilson, NC 27894-1847                      Longwood, FL 32750-5476


Clayton G Wilson as Trustee                Clayton G. Wilson, as Trustee of The Clayton   Clayton G. Wilson, as Trustee of the Clayton
Clayton Wilson Rev. Trust                  c/o Matthew J. Vaughn, esq                     c/o Matthew J. Vaughn
21299 US Highway 27                        Post Office Box 24628                          Post Office Box 24628
Lake Wales, FL 33859-6851                  Lakeland, FL  33802-4628                       Lakeland, Florida 33802-4628


Entelechy ARC Corporation                  Florida Department of Revenue                  Florida Dept. of Revenue
595 Pensacola Lane                         Bankruptcy Unit                                Orlando Service Center
Lake Mary, FL 32746-5132                   Post Office Box 6668                           400 W. Robinson Street
                                           Tallahassee FL 32314-6668                      Suite N302
                                                                                          Orlando, FL 32801-1759

Internal Revenue Service                   Nancy J. Gargula, United States Trustee        Orange County Tax Collector
Post Office Box 7346                       c/o Bryan Edgar Buenaventura, esq              PO Box 545100
Philadelphia PA 19101-7346                 George C. Young Federal Building400 W. W       Orlando FL 32854-5100
                                           Orlando, FL 32801


(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR    Pawnee Leasing Corporation               Peterson & Myers P.A.
3801 AUTOMATION WAY                        c/o Solove Law Firm, P.A.                      225 East Lemon Street
STE 207                                    12002 SW 128th Court, Suite 201                Suite 300
FORT COLLINS CO 80525-5735                 Miami, FL 33186-4643                           Lakeland, FL 33801-4627


Randy Bumbalough                           Rexel USA, Inc.                                Smith & Williams Trial Group
595 Pensacola Lane                         14951 Dallas Parkway                           2295 S. Hiawassee Road
Lake Mary, FL 32746-5132                   Dallas, TX 75254-7892                          Suite 318
                                                                                          Orlando, FL 32835-8747


Solove Law Firm P.A.                       T & C Downtown Development, LLC                Trevor Myers
12002 SW 128th Court                       KC Preston co-owner                            86 Shipyard Ct.
Suite 201                                  The Orlando Law Group, PL                      Ocoee, FL 34761-4323
Miami, FL 33186-4643                       12301 Lake Underhill Rd. Suite 213
                                           Orlando, Florida 32828-4511


United States Trustee - ORL                Vend Lease                                     Aldo G Bartolone Jr
Office of the United States Trustee        8100 Sandpiper Circle                          Bartolone Law, PLLC
George C Young Federal Building            Suite 300                                      1030 North Orange Avenue, Suite 300
400 West Washington Street, Suite 1100     Baltimore, MD 21236-4992                       Orlando, FL 32801-1004
Orlando, FL 32801-2210
```

```
KC Preston                                L. Todd Budgen
The Orlando Law Group                     Budgen Law
12301 Lake Underhill Rd. Suite 213        Post Office Box 520546
Orlando, FL 32828-4511                    Longwood, FL 32752-0546
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Orange County Tax Collector       (d)Orange County Tax Collector       End of Label Matrix
P.O. Box 545100                      P.O. Box 545100                      Mailable recipients   31
Orlando, FL 32854-5100               Orlando, FL 32854-5100               Bypassed recipients    2
                                                                          Total                 33
```