UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:20-bk-6461-LVV |
| | ) | |
| T & C Downtown Development, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Wednesday, January 27, 2021 at 10:00 AM**, the undersigned will bring on to be heard before the Honorable Lori V. Vaughan of the above-styled Court., at the George C. Young Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, FL 32801 for the following matter: **(All parties wishing to attend hearing should arrange a telephonic appearance through Court Call (866-582-6878)).**

- **Motion for Order of Referral to Mediation with Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trustee**

  **(Doc. No 42)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was served via CM/ECF and, to the parties that are not notified electronically, via United States Mail, first class postage prepaid, on all parties-in-interest on the attached Mailing Matrix, this 12th day of January, 2021.

                                                        */s/ Aldo G. Bartolone, Jr.*
                                                   ALDO G. BARTOLONE, JR.
                                                   Florida Bar No. 173134
                                                   BARTOLONE LAW, PLLC
                                                   1030 N. Orange Avenue, Suite 300
                                                   Orlando, Florida 32814
                                                   Telephone: (407) 294-4440
                                                   Facsimile: (407) 287-5544

E-mail: aldo@bartolonelaw.com
*Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-06461-LVV<br>Middle District of Florida<br>Orlando<br>Tue Jan 12 09:08:36 EST 2021 | Clayton G. Wilson as Trustee of the Clayton<br>c/o Matthew J. Vaughn<br>Post Office Box 24628<br>Lakeland, FL 33802-4628 | T & C Downtown Development, LLC<br>534 W. Church Street<br>Orlando, FL 32805-2206 |
| BB&T now Truist<br>Attn: Ivonne Otero-Hoebbel<br>255 S. Orange Avenue<br>Suite 112<br>Orlando, FL 32801-3457 | BB&T now Truist<br>P.O. Box 200<br>Wilson, NC 27894-0200 | BB&T now Truist<br>P.O. Box 580340<br>Charlotte, NC 28258-0340 |
| BB&T now Truist, Bankruptcy Section<br>100-50-01-51<br>P.O. box 1847<br>Wilson, NC 27894-1847 | C2 General Contracting, Inc.<br>1205 Sarah Avenue<br>Suite 101<br>Longwood, FL 32750-5476 | Casey Preston<br>7107 Udine Avenue<br>Orlando, FL 32819-8446 |
| Clayton G Wilson as Trustee<br>Clayton Wilson Rev. Trust<br>21299 US Highway 27<br>Lake Wales, FL 33859-6851 | Clayton G. Wilson, as Trustee of The Clayton<br>c/o Matthew J. Vaughn, esq<br>Post Office Box 24628<br>Lakeland, FL  33802-4628 | Clayton G. Wilson, as Trustee of the Clayton<br>c/o Matthew J. Vaughn<br>Post Office Box 24628<br>Lakeland, Florida 33802-4628 |
| Entelechy ARC Corporation<br>595 Pensacola Lane<br>Lake Mary, FL 32746-5132 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept. of Revenue<br>Orlando Service Center<br>400 W. Robinson Street<br>Suite N302<br>Orlando, FL 32801-1759 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Nancy J. Gargula, United States Trustee<br>c/o Bryan Edgar Buenaventura, esq<br>George C. Young Federal Building400 W. W<br>Orlando, FL 32801 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Pawnee Leasing Corporation<br>c/o Solove Law Firm, P.A.<br>12002 SW 128th Court, Suite 201<br>Miami, FL 33186-4643 | Peterson & Myers P.A.<br>225 East Lemon Street<br>Suite 300<br>Lakeland, FL 33801-4627 |
| Randy Bumbalough<br>595 Pensacola Lane<br>Lake Mary, FL 32746-5132 | Rexel USA, Inc.<br>14951 Dallas Parkway<br>Dallas, TX 75254-7892 | Smith & Williams Trial Group<br>2295 S. Hiawassee Road<br>Suite 318<br>Orlando, FL 32835-8747 |
| Solove Law Firm P.A.<br>12002 SW 128th Court<br>Suite 201<br>Miami, FL 33186-4643 | T & C Downtown Development, LLC<br>KC Preston co-owner<br>The Orlando Law Group, PL<br>12301 Lake Underhill Rd. Suite 213<br>Orlando, Florida 32828-4511 | Trevor Myers<br>86 Shipyard Ct.<br>Ocoee, FL 34761-4323 |
| U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Vend Lease<br>8100 Sandpiper Circle<br>Suite 300<br>Baltimore, MD 21236-4992 |

| | | |
|---|---|---|
| Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 | KC Preston<br>The Orlando Law Group<br>12301 Lake Underhill Rd. Suite 213<br>Orlando, FL 32828-4511 | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)United States of America | (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 |
| (u)Sharon Chamness | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    4<br>Total                 36 | |