UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

                                            CASE NO.: 6:20-bk-06461-LVV

T&C DOWNTOWN                             CHAPTER 11
DEVELOPMENT, LLC,

        Debtors.
_____/

**DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE
AND CERTIFICATE OF SUBSTANTIAL CONSUMMATION**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 **within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

The Debtor, **T&C DOWNTOWN DEVELOPMENT, LLC** ("Debtor") pursuant to Section 350(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 3022, and Local Rule 3022-1, move for the entry of a Final Decree closing this

Chapter 11 Bankruptcy Case and in support states as follows:

1. The Order Confirming the Debtor's Amended Plan of Reorganization (Doc. No. 112) (the "Order") was entered on May 11, 2021.

2. The Effective Date of the Plan was May 25, 2021. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

3. Attached is the Debtors' verified final report and accounting of payment of claims and substantial consummation.

4. Accordingly, in accordance with Federal Rules of Bankruptcy Procedure 3022, the Plan has been substantially consummated and the Debtor requests that this Court enter a Final Decree closing the case.

**WHEREFORE**, the Debtor, **T&C DOWNTOWN DEVELOPMENT, LLC**, respectfully requests this Honorable Court grant this Motion for Final Decree, enter a Final Decree, and granting any such further relief that this Court deems just and proper under the circumstances of the case.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

T&C DOWNTOWN
DEVELOPMENT, LLC,

CASE NO.: 6:20-bk-06461-LVV
CHAPTER 11

       Debtors.
_____/

## CERTIFICATE OF SERVICE

I certify that a copy of this motion with attachments has been furnished via CM/ECF, electronic transmission to all parties receiving CM/ECF notices from the Court, this 14th day of March, 2023.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

T&C DOWNTOWN
DEVELOPMENT, LLC,

CASE NO.: 6:20-bk-06461-LVV
CHAPTER 11

Debtors.
_____/

## VERIFIED FINAL REPORT AND ACCOUNTING OF PAYMENT OF CLAIMS AND SUBSTANTIAL CONSUMMATION

Under penalty of perjury, I declare that:

1. I am the Manager of the Debtor. I have possession and custody of books and records of the Debtor relating to the payment of claims and distribution of property under the Debtor's Amended Plan of Reorganization (Doc. No. 106).

2. Property has been distributed pursuant to the provisions of the Amended Plan and the Order Confirming Debtor's Amended Plan (Doc. No. 112). As more fully set forth on the attached Exhibit "A", the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

DATED this 10 day of March, 2023.

By: _____
Greg Wright

4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

T&C DOWNTOWN DEVELOPMENT, LLC,

CASE NO.: 6:20-bk-06461-LVV
CHAPTER 11

    Debtors.
_____/

### DEBTOR'S CERTIFICATE OF SUBSTANTIAL CONSUMMATION

STATE OF FLORIDA    )
                               )
COUNTY OF ORANGE   )

    I, **GREG WRIGHT,** the Manager of **T&C DOWNTOWN DEVELOPMENT, LLC** ("Debtor"), pursuant to 11 U.S.C. §1183(c)(2), hereby submits this Certificate of Substantial Consummation, and, in support thereof, testifies as follows:

    1.    I am the Manager of the Debtor. I have possession and custody of the Debtor's books and records which relates to the payment of claims and distribution of property under the Debtor's Amended Chapter 11 Plan of Reorganization (Doc. No. 106).

    2.    As more fully set forth on the attached exhibit, the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) as follows:

    a.    ***Administrative and Priority Claims***. Debtor has made payment in full, or pursuant to agreement of the respective parties, to all allowed administrative and priority claims and is current with respect to all U.S. Trustee fees. All priority taxes are being paid in accordance with the Plan.

    b.    ***Class 1 – Allowed Secured Claim of the U.S. Small Business Administration:*** Debtor has made payment in full to the SBA on the Effective Date pursuant to the Amended Plan.

      c.      ***Class 2 – Allowed Secured Claim of Clayton G. Wilson as Trustee of the Clayton Gregg Wilson Revocable Trust:*** Debtor has made payment in full to Wilson pursuant to the Amended Plan.

      d.      ***Class 3 – Allowed Secured Claim of Trevor Myers:*** Debtor has made payment in full to Myers pursuant to the Amended Plan.

      e.      ***Class 4 – Allowed General Unsecured Claims:*** Debtor continues to process the quarterly *pro rata* payments to the Class 4 Unsecured Creditors pursuant to the Amended Plan.

3.    Debtor has taken all steps necessary to consummate the Plan and remain in compliance with its terms.

**FURTHER AFFIANT SAYETH NOT.**

**GREG WRIGHT**

STATE OF FLORIDA    )
                                 )
COUNTY OF ORANGE  )

The foregoing instrument was sworn to and subscribed before me this 10th day of March 2023, by Greg Wright [✓] who is personally known to me or [ ] who produced _____ identification and who did take an oath.



Signature of Person Taking Acknowledgement
Print Name:_____
Title: Notary Public
Serial No.:_____
Commission Expires:_____

CHRISTOPHER M. HAMILTON
Notary Public - State of Florida
Commission # HH 226696
My Comm. Expires Feb 10, 2026
Bonded through National Notary Assn.